UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

                Plaintiff,

-against-

U.S. SECRET SERVICES,

                Defendant.

20-CV-6508 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On April 23, 2019, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Jackson v. Office of the Civil Rights Comptroller*, ECF 1:19-CV-1827, 6 (S.D.N.Y. Apr. 23, 2019). Plaintiff files this new *pro se* case, seeks IFP status, but has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the April 23, 2019 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Clerk of Court is further directed to terminate all other pending matters.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 19, 2020
           New York, New York

                                                  COLLEEN McMAHON
                                                  Chief United States District Judge