UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY JACKSON,<br><br>       Plaintiff,<br><br>    -against-<br><br>U.S. SECRET SERVICES,<br><br>       Defendant. | 20-CV-6508 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued August 19, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the April 23, 2019 order in *Jackson v. Office of the Civil Rights Comptroller*, ECF 1:19-CV-1827, 6 (S.D.N.Y. Apr. 23, 2019), the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 19, 2020
    New York, New York

                     _____
                     COLLEEN McMAHON
                 Chief United States District Judge